On stipulation and order filed by appellant and respondent November 15,
reversed and remanded for entry of more specific findings
December 11, 1978

STATE OF OREGON, *Appellant,*
*v.*
GARY J. McGUIRE, *Respondent.*
(No. C 13458, CA 12129)

586 P2d 1140

James A. Redden, Attorney General, Walter L.
Barrie, Solicitor General, and Thomas H. Denney,
Assistant Attorney General, Salem, appeared for appellant.

R. Craig McMillin, Salem, appeared for respondent.

Before Schwab, Chief Judge, and Lee, Richardson
and Joseph, Judges.

PER CURIAM.

## PER CURIAM.

In accordance with the stipulation of the parties, the above-titled cause is reversed and remanded for the entry of more specific findings.